UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 28 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>GARY LEE JONES,<br>        Defendant. | )<br>)<br>)<br>)<br>)   No. S1-4:15CR523 JAR<br>)<br>) |

## MISDEMEANOR INFORMATION

The United States Attorney Charges that:

### COUNT 1

Between on or about December 1, 2002 and May 30, 2015, within the Eastern District of Missouri,

**GARY LEE JONES,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to his use, and the use of another, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof.

In violation of Title 18, United States Code, Sections 641 and 2.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

THOMAS C. ALBUS, #46224MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Thomas C. Albus, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____

THOMAS C. ALBUS, #46224MO

Subscribed and sworn to before me this 28th day of March 2016.

_____

CLERK, U.S. DISTRICT COURT

By: _____

DEPUTY CLERK